IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| POLLY KELLY and KIERICA COLBERT,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ONE GROUP, LLC and THE WILLIAM BREMAN JEWISH HOME, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:17-CV-1365-MHC |

## ORDER

Plaintiffs Polly Kelly and Kierica Colbert ("Plaintiffs") brought this action pursuant to the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 *et seq.* ("FLSA"), claiming that Defendant failed to pay them federally mandated overtime and minimum wages. Compl. [Doc. 1]. On April 3, 2018, the parties filed a Joint Motion to Approve Settlement [Doc. 18] ("Joint Motion for Settlement"). In their Joint Motion for Settlement, the parties represent that they have agreed to resolve their dispute and have finalized the terms of their resolution in a written agreement, a signed copy of which is attached to the motion. See Settlement Agreement and Release, attached as Ex. A to Joint Motion for Settlement.

The Court has reviewed the parties' settlement agreement with respect to Plaintiffs Kelly and Colbert to determine its adequacy and consistency with the requirements of the FSLA.  See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1353 (11th Cir. 1982).  Based on its review of the settlement agreement and the record in this case, the Court concludes:  (1) the terms of the settlement agreement are fair, reasonable, and adequate resolutions of this action; and (2) the settlement agreement was reached in an adversarial context where both parties had legal representation.

It is hereby **ORDERED** that the parties' Joint Motion to Approve Settlement [Doc. 18] is **GRANTED**.[1]  Upon consideration of the parties' settlement agreement, the Court **ORDERS** that the payment of the settlement amount and attorney's fees shall be made as provided in the settlement agreement.  Except as stated in the settlement agreement, each party shall bear its own costs of litigation, including attorney's fees.

Accordingly, the Court **APPROVES** the parties' settlement agreement, and hereby **DISMISSES** all claims in the above-styled action **WITH PREJUDICE**.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement.

---

[1] By virtue of the Court's Order, the parties' earlier-filed Joint Motion to Approve Settlement [Doc. 17] is **DENIED AS MOOT**.  The copy of the settlement agreement attached to this previous motion was not signed by the defendant.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED** this 4th day of April, 2018.

>  _[signature]_
> MARK H. COHEN
> United States District Judge